FILED
 2011 Apr-26  PM 03:13
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAFAYETTE INSURANCE COMPANY,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )  2:11-cv-379-JHH |
| | ) |
| **CHARTIS SPECIALTY INSURANCE COMPANY,** | ) |
| | ) |
| DEFENDANT. | ) |

## FINAL ORDER

Pursuant to the memorandum opinion this day entered, the complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.  Costs are taxed as paid.

**DONE** this the <u>26th</u> day of April, 2011.



———————————————————
SENIOR UNITED STATES DISTRICT JUDGE